UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEAH HARRIS, on behalf of her sons, T.H. and D.H.; and TARA BEHL, on behalf of her son, T.N., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>RICHFIELD PUBLIC SCHOOLS; STEVEN UNOWSKY, Superintendent, in his personal capacity, STACY THEIEN-COLLINS, Principal, in her personal capacity; STEVEN FLUCAS, Assistant Principal, in his personal capacity; CARRIE VALA, Assistant Principal, in her personal capacity; and MICHAEL HARRIS, Teacher on Special Assignment, in his personal capacity, <br><br>　　　　Defendants. | Civil File No. <br><br><br><br>**NOTICE OF APPEARANCE** <br><br><br><br><br><br><br><br>**JURY TRIAL REQUESTED** |

The undersigned attorney hereby notifies the Court and counsel that Margaret O'Sullivan Kane, shall appear as counsel of record for the Plaintiffs in this case.

　　　　　　　　　　　　　　　　Respectfully submitted,

Date: August 2, 2023　　　　　　/s/ Margaret O'Sullivan Kane
　　　　　　　　　　　　　　　　Margaret O'Sullivan Kane /ID # 220243
　　　　　　　　　　　　　　　　Kane Education Law, LLC
　　　　　　　　　　　　　　　　1041 Grand Avenue
　　　　　　　　　　　　　　　　Suite 263
　　　　　　　　　　　　　　　　Saint Paul, Minnesota 55105
　　　　　　　　　　　　　　　　Tel. 651.222.8611
　　　　　　　　　　　　　　　　Fax. 651.221.2623
　　　　　　　　　　　　　　　　mkane@kaneeducationlaw.com

　　　　　　　　　　　　　　　　Attorney for Plaintiffs