UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Leah Harris, on behalf of her sons, T.H. and D.H.; and Tara Behl, on behalf of her son, T.N.,<br><br>        Plaintiff,<br><br>v.<br><br>Richfield Public Schools; Steven Unowsky, Superintendent, in his personal capacity; Stacy Theien-Collins, Principal, in her personal capacity; Steven Flucas, Assistant Principal, in his Personal capacity; Carrie Vala, Assistant Principal, in her personal capacity; and Michael Harris, Teacher on Special Assignment, in his personal capacity,<br><br>        Defendants. | Case No. 23-cv-2384 (ADM/DLM)<br><br>**NOTICE OF APPEARANCE** |

---

    YOU WILL PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that Squires, Waldspurger & Mace, P.A., through the attorney Zachary J. Cronen, shall appear as counsel of record for the Defendants Independent School District No. 280, Richfield Public Schools, Steven Unowsky, Stacy Theien-Collins, Steven Flucas, Carrie Vala, and Michael Harris.

                                                          **SQUIRES, WALDSPURGER & MACE P.A.**

Dated: August 23, 2023                    /s/ Zachary J. Cronen
                                                    Zachary J. Cronen, Atty. No. 397420
                                                    333 South Seventh Street, Suite 2800
                                                    Minneapolis, MN 55402
                                                    Phone: (612) 436-4300
                                                    Fax: (612) 436-4340
                                                    Zachary.cronen@raswlaw.com

                                                    **ATTORNEYS FOR DEFENDANTS**