UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Leah Harris, on behalf of her sons, T.H. and D.H.; and Tara Behl, on behalf of her son, T.N., <br><br> Plaintiff, <br><br> v. <br><br> Richfield Public Schools; Steven Unowsky, Superintendent, in his personal capacity; Stacy Theien-Collins, Principal, in her personal capacity; Steven Flucas, Assistant Principal, in his Personal capacity; Carrie Vala, Assistant Principal, in her personal capacity; and Michael Harris, Teacher on Special Assignment, in his personal capacity, <br><br> Defendants. | Case No. 23-cv-2384 (ADM/DLM) <br><br><br> **NOTICE OF APPEARANCE** |

    YOU WILL PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that Squires, Waldspurger & Mace, P.A., through the attorney Abigail R. Kelzer, shall appear as counsel of record for the Defendants Independent School District No. 280, Richfield Public Schools, Steven Unowsky, Stacy Theien-Collins, Steven Flucas, Carrie Vala, and Michael Harris.

**SQUIRES, WALDSPURGER & MACE P.A.**

Dated: October 6, 2023

/s/ Abigail R. Kelzer
Zachary J. Cronen, Atty. No. 397420
Abigail R. Kelzer, Atty. No. 397392
333 South Seventh Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 436-4300
Fax: (612) 436-4340
zachary.cronen@raswlaw.com
abbi.kelzer@raswlaw.com

**ATTORNEYS FOR DEFENDANTS**