# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LEAH HARRIS, ET AL.

               Plaintiff(s)

v.

RICHFIELD PUBLIC SCHOOLS, ET AL.

               Defendant(s)

**NOTICE OF APPEARANCE**

Case No:      0:23-CV-02384-ADM-DLM

---

The undersigned attorney hereby notifies the Court and counsel that Kimberly A. Ross, shall appear as counsel of record for Defendant Steven Flucas in lieu of the appearances of Attorney Abigail Rose Kelzer and Attorney Zachary Cronen.

Dated: March 7, 2024

      /s/ Kimberly A. Ross
Kimberly A. Ross (0401359)
FordHarrison, LLP
180 North Stetson Avenue, Suite 1660
Chicago, IL 60601
Tel #:  312-960-6111
Fax #:  312-332-6130
Email:  kross@fordharrison.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of March, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


     /s/ Kimberly A. Ross
Kimberly A. Ross


WSACTIVELLP:113120543.1