# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LEAH HARRIS, ET AL.  **MOTION FOR EXTENSION OF TIME**

    Plaintiff(s)  Case No:  0:23-CV-02384-ADM-DLM

v.

RICHFIELD PUBLIC SCHOOLS, ET AL.

    Defendant(s)

    Pursuant to Federal Rule of Civil Procedure 6(b), the Defendant, Steven Flucas, hereby respectfully moves this Court for an extension of time of thirty (30) days, up to and including March 29, 2024, in which to answer or otherwise respond to the Plaintiff's Interrogatories and Requests for Production to Defendant. Good cause exists for the granting of this motion as FordHarrison was just recently retained to represent Defendant Flucas and the additional time is need to familiarize ourselves with the file and to coordinate the information required to prepare an appropriate response.

    The undersigned has contacted counsel for the plaintiff and she has no objection to the requested extension.

    WHEREFORE, Defendants request that the extension of time of thirty (30) days up to and including March 29, 2024, be granted.

DEFENDANT, STEVEN FLUCAS

/s/ Kimberly A. Ross
Kimberly A. Ross (0401359)
FordHarrison, LLP
180 North Stetson Avenue, Suite 1660
Chicago, IL 60601
Tel #:   312-960-6111
Fax #:  312-332-6130
Email:  kross@fordharrison.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 7th day of March, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Kimberly A. Ross
          Kimberly A. Ross

WSACTIVELLP:113120574.1