UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Leah Harris, on behalf of her sons, T.H. and D.H.; and Tara Behl, on behalf of her son, T.N., | Case No. 23-cv-2384 (ADM/DLM) |
| Plaintiffs, | |
| vs. | |
| Richfield Public Schools; Steven Unowsky, Superintendent, in his personal capacity; Stacy Theien-Collins, Principal, in her personal capacity; Steven Flucas, Assistant Principal, in his personal capacity; Carrie Vala, Assistant Principal, in her personal capacity; and Michael Harris, Teacher on Special Assignment, in his personal capacity, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Defendants. | |

---

YOU WILL PLEASE TAKE NOTICE, that pursuant to Rule 83.7(a) of this Court's Local Rules, Zachary J. Cronen and Abigail R. Kelzer with Squires, Waldspurger & Mace, P.A. hereby withdraw as counsel for Defendant Steven Flucas.

                                            **SQUIRES, WALDSPURGER & MACE, P.A.**

Dated: March 8, 2024                s/*Zachary J. Cronen*
                                              Zachary J. Cronen, Atty No. 397420
                                              Abigail R. Kelzer, Atty No. 397392
                                              333 South Seventh Street, Suite 2800
                                              Minneapolis, MN 55402
                                              Telephone: (612) 436-4300
                                              Fax: (612) 436-4340
                                              zachary.cronen@raswlaw.com
                                              abbi.kelzer@raswlaw.com

**ATTORNEYS FOR DEFENDANTS RICHFIELD PUBLIC SCHOOLS, STEVEN UNOWKSY, STACY THEIEN-COLLINS, CARRIE VALA, AND MICHAEL HARRIS**