UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEAH HARRIS, on behalf of her sons, T.H. and D.H.; and TARA BEHL, on behalf of her son, T.N.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RICHFIELD PUBLIC SCHOOLS; STEVEN UNOWSKY, Superintendent, in his personal capacity, STACY THEIEN-COLLINS, Principal, in her personal capacity; STEVEN FLUCAS, Assistant Principal, in his personal capacity; CARRIE VALA, Assistant Principal, in her personal capacity; and MICHAEL HARRIS, Teacher on Special Assignment, in his personal capacity,<br><br>　　　　　Defendants. | Civil File No. 23-2384 (ADM/DLM)<br><br><br><br>**CERTIFICATE OF COMPLIANCE WITH LR 7.1** |

Plaintiffs certify that the Plaintiffs' Motion for Approval of Minor Settlement is 1,005 words and 163 lines which does not exceed the limits established in LR 7.1(f).

　　　　　　　　　　　　　　　　KANE EDUCATION LAW, LLC

DATE: August 13, 2024　　　　　/s/ Margaret O'Sullivan Kane
　　　　　　　　　　　　　　　　Margaret O'Sullivan Kane/ID # 220243
　　　　　　　　　　　　　　　　1041 Grand Avenue
　　　　　　　　　　　　　　　　Suite 263
　　　　　　　　　　　　　　　　Saint Paul, Minnesota 55105
　　　　　　　　　　　　　　　　Tel. 651.222.8611
　　　　　　　　　　　　　　　　mkane@kaneeducationlaw.com

　　　　　　　　　　　　　　　　Attorney for Plaintiffs

1