UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEAH HARRIS, on behalf of her sons, T.H. and D.H.; and TARA BEHL, on behalf of her son, T.N.,

Plaintiffs,

v.

RICHFIELD PUBLIC SCHOOLS; STEVEN UNOWSKY, Superintendent, in his personal capacity, STACY THEIEN-COLLINS, Principal, in her personal capacity; STEVEN FLUCAS, Assistant Principal, in his personal capacity; CARRIE VALA, Assistant Principal, in her personal capacity; and MICHAEL HARRIS, Teacher on Special Assignment, in his personal capacity,

Defendants.

Civil File No. 23-2384 (ADM/DLM)

**NOTICE OF MOTION TO APPROVE MINOR SETTLEMENT AND DISMISS CLAIMS**

**PLEASE TAKE NOTICE**, the undersigned will bring a Motion to Approve Minor Settlement and Dismissal of Claims pursuant to the parties Stipulation to be heard before the Honorable Ann D. Montgomery and to take place in Courtroom 13E at the United States District Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 on September 4, 2024 at 10:00 a.m.

KANE EDUCATION LAW, LLC

DATE: August 8, 2024

/s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane/ID # 220243
1041 Grand Avenue
Suite 263
Saint Paul, Minnesota 55105
Tel. 651.222.8611

1

mkane@kaneeducationlaw.com

Attorney for Plaintiffs