**CERTIFICATE OF SERVICE**

Margaret O'Sullivan Kane, under penalty of perjury, attests that on August 13, 2024, she had served upon Defendants through counsel named below, the following documents which were sent via electronic and United States mail with proper postage affixed.

> *Notice of Hearing on Motion;*
> *Motion to Approve Minor Settlement and Dismiss Claims;*
> *Certificate of Compliance with LR 7.1;*
> *Declaration of Margaret O'Sullivan Kane with attachments A and B; and*
> *Proposed Order*

Zachary J. Cronen
Abigail R. Kelzer
333 South Seventh Street
Suite 2800
Minneapolis, MN 55402
zachary.cronen@raswlaw.com
abbi.kelzer@raswlaw.com

An electronic copy was remitted to remaining named Defendant Flucas' counsel as set forth below:

Johanna G. Zelman
Ford Harrison
185 Asylum Street
Suite 820
Hartford, Connecticut 06103
Jzelman@fordharrison.com

Further I declare not.

Dated: August 13, 2024              /s/ Margaret O'Sullivan Kane
                                    Margaret O'Sullivan Kane/MNID 220243

1