UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEAH HARRIS, on behalf of her sons, T.H. and D.H.; and TARA BEHL, on behalf of her son, T.N.,<br><br>    Plaintiffs,<br><br> v.<br><br>RICHFIELD PUBLIC SCHOOLS; STEVEN UNOWSKY, Superintendent, in his personal capacity, STACY THEIEN-COLLINS, Principal, in her personal capacity; STEVEN FLUCAS, Assistant Principal, in his personal capacity; CARRIE VALA, Assistant Principal, in her personal capacity; and MICHAEL HARRIS, Teacher on Special Assignment, in his personal capacity,<br><br>    Defendants. | Civil File No. 23-2384 (ADM/DLM)<br><br>**ORDER**<br>**APPROVING MINOR SETTLEMENT**<br>**AND DISMISSAL OF CLAIMS** |

Based upon the Motion to Approve Minor Settlement and the Stipulation for Dismissal entered into between the parties,

**IT IS HEREBY ORDERED** that the Minor Settlement and Release is approved and the above-captioned proceeding is dismissed with prejudice consistent with the parties Settlement Agreement and Release.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: September 4, 2024      s/Ann D. Montgomery
                 The Honorable Ann D. Montgomery
                 United States District Court Judge